**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESUS RANGEL-REYNEL, | No. 08-74026 |
| Petitioner, | Agency No. A076-637-737 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2011[**]

Before:     GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Jesus Rangel-Reynel, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

We review de novo questions of law, *Perez-Mejia v. Holder*, __ F.3d __, No. 07-

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

70118, 2011 WL 5865888, at *4 (9th Cir. Nov. 23, 2011), and we deny the petition for review.

Rangel-Reynel's challenge to his removability under 8 U.S.C. § 1227(a)(2)(A)(iii) for having been convicted of an aggravated felony fails because he is bound by his attorney's concession of removability during the pleading stage. *See Perez-Mejia*, 2011 WL 5865888, at *5-11.

We grant Rangel-Reynel's motion to accept his late-filed reply brief.

**PETITION FOR REVIEW DENIED.**

08-74026